(July 7, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARTINSON, Appellant.—

Concur — Eager, J. P., McGivern, Markewich and Steuer, JJ.